UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL R. SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:19-cv-01545-MCE-AC<br><br>**ORDER** |

Plaintiff's Motion to Amend the Complaint (ECF No. 33) is GRANTED.  In light of this, and having reviewed the record in its entirety, her Motion to Continue Discovery Deadline (ECF No. 39) is GRANTED as well.  Non-expert discovery shall be conducted not later than six months from the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: January 7, 2021

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1