UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL R. SANCHEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>        Defendants. | No.  2:19-CV-01545-TLN-AC<br><br>**RECUSAL ORDER** |

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself. Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that all pending dates before Judge Nunley should be vacated, to be reset by the judge that is reassigned.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the

1

assignment of civil cases to compensate for this reassignment.

**IT IS SO ORDERED.**

DATED: May 2, 2024

_____
Troy L. Nunley
United States District Judge